# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Galen Traylor, | Civil No. 10-755 (DWF/AJB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Diversified Adjustment Service, Inc., | |
| Defendant. | |

Mark L. Vavreck, Esq., Martineau, Gonko & Vavreck, PLLC, counsel for Plaintiff.

Michael A. Klutho, Esq., Bassford Remele, PA, counsel for Defendant.

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. [4]),

**IT IS HEREBY ORDERED** that judgment shall be entered **DISMISSING** the Complaint on its merits **WITH PREJUDICE** and without costs, disbursements or attorney fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 11, 2010         s/Donovan W. Frank
                             DONOVAN W. FRANK
                             United States District Judge